NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: GAVIN GRANT, DAVID MAJOR, JASON GERHARD, JOSE TORERO, GRANT SCHOLES, PAOLO PIRONI, CHRISTINE SWITZER,**
*Appellants*

———————————

2018-2355

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/457,047.

———————————

**JUDGMENT**

———————————

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for appellants.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, COKE MORGAN STEWART, MAUREEN DONOVAN QUELER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 10, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |